IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| LISA TOWNS, THE DAUGHTER OF JAMES FOGGAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>LAKE CROSSING HEALTH CENTER, LLC, UNIVERSITY HEALTH, INC., and UNIVERSITY PHYSICIANS ASSOCIATES, P.C.,<br><br>Defendant. | Civil Action No.<br>1:13-CV-208-JRH-JEG |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW, Plaintiff in the above styled action, by and through her undersigned attorney of record and hereby requests that this Action be dismissed with Prejudice.

This 24th Day of June, 2014.

/s/ Sean Bewick
Sean Bewick
GA Bar No. 001058
Attorney for Plaintiff

Dozier Law Firm, LLC
327 Third Street
P.O. Box 13
Macon, GA 31202-0013

## CERTIFICATE OF SERVICE

I, Sean Bewick, hereby certify that on this 24th day of June, 2014, a copy of the foregoing pleading was electronically filed with the Clerk of Court for the Southern District of Georgia through the Court's CM/ECF system which will send notification of this filing to all counsel of record.

This 24th Day of June, 2014.

/s/ Sean Bewick
Sean Bewick
GA Bar No. 001058
Attorney for Plaintiff

Dozier Law Firm, LLC
327 Third Street
P.O. Box 13
Macon, GA 31202-0013